THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

Frederick K. Brewington
Albert D. Manuel III
Cobia M. Powell

Of Counsel
Oscar Holt III
Jay D. Umans

January 9, 2025

VIA ELECTRONIC CASE FILING
Honorable Arlene R. Lindsay
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

       Re: Tulio Serrata v. County of Suffolk, *et al.*
       Case No.: 21-CV-3669 (GRB)(ARL)

Dear Judge Lindsay,

As the record reflects, we are the attorneys representing Plaintiff Tulio Serrata in the above referenced matter. This letter is written as per Your Honor's Order of January 2, 2025.

On December 18, 2024 the parties engaged in mediation with Mediator Andrew Kimler, Esq. Despite the efforts of both parties and the mediator, the parties were unable to reach a resolution. The parties remain open to continued settlement discussion.

We thank the Court for its kind consideration in this matter.

Respectfully submitted,

ALBERT D. MANUEL III

cc:Jennean Rogers via ecf
ADM:dm