UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TULIO SERRATA,

                Plaintiff,

        -against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, CHIEF OF DETECTIVES
GERARD GIGANTE, in his individual and official
Capacity, LIEUTENANT MICHAEL A. CROWLEY, In
his individual and official capacity, POLICE
COMMISSIONER GERALDINE HART, in her
Individual and official capacity, and JOHN DOES 1-10,
in their individual and official capacities,

                Defendants.

Docket No. 21-cv-03669 (GRB) (ARL)

**SUBSTITUTION OF COUNSEL**

       IT IS HEREBY CONSENTED that Sokoloff Stern LLP, 179 Westbury Avenue, Carle

Place, NY 11514, be substituted in the above-captioned action for Suffolk County Department of

Law, located at 100 Veterans Memorial Highway, Hauppauge, NY 11788 as attorneys of record

for defendants COUNTY OF SUFFOLK, SUFFOLK COUNTY POLICE DEPARTMENT,

GERARD GIGANTE, MICHAEL CROWLEY, and GERALDINE HART.

Dated: Carle Place, New York
      May 21, 2026

1

SUFFOLK COUNTY DEPARTMENT
OF LAW
*Outgoing Attorneys for Defendants*

By: _____
Susan Flynn
100 Veterans Memorial Highway
Hauppauge, NY 11788
631-853-4044
Deputy County Attorney

SOKOLOFF STERN LLP
*Incoming Attorneys for Defendants*

By: _____
Mark A. Radi
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500
File No. 260126LI

2